KATHY A. F. DAVIS (4022)
ROGER R. FAIRBANKS (3792)
KAITLIN DAVIS (15831)
Assistant Attorneys General
KENDALL G. LAWS (14700)
SHEA OWENS (15699)
CLAY CROZIER (17192)
Special Assistant Attorneys General
SEAN D. REYES (7969)
Utah Attorney General
1594 N West Temple
Salt Lake City, UT 84114-2477
kathydavis@agutah.gov
rfairbanks@agutah.gov
kaitlindavis@agutah.gov
klaws@utah.gov
sowens@utah.gov
claycrozier@utah.gov
Telephone: (801) 537-9801

*Attorneys for Plaintiffs*

---

IN THE UNITED STATES JUDICIAL DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| SAN JUAN COUNTY (2), UTAH, a political subdivision; and STATE OF UTAH, | Case No. 2:12-cv-00467-CW |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF HAYDEN BALLARD AS COUNSEL FOR PLAINTIFFS BY KATHY A.F. DAVIS** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant, | Judge: Honorable Clark Waddoups |

and

SOUTHERN UTAH WILDERNESS
ALLIANCE, *et al.*,

        Proposed Intervenor-Defendants.

      The undersigned hereby withdraws Assistant Attorney General Hayden Ballard as counsel for Plaintiffs San Juan County, Utah and the State of Utah.  Mr. Ballard has left employment with the Utah State Attorney General's Office.  Plaintiffs will continue to be represented by all other counsel of record.

      DATED this 26th day of September 2024.


                                /s/ Kathy A.F. Davis
                                Kathy A.F. Davis
                                Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2024, the undersigned electronically transmitted the foregoing **NOTICE OF APPEARANCE OF HAYDEN BALLARD AS COUNSEL FOR PLAINTIFFS** to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record:

<u>/s/Kathy A.F. Davis</u>