Kathy A.F. Davis (#4022)
ASSISTANT ATTORNEY GENERAL
Sean D. Reyes (#7969)
UTAH ATTORNEY GENERAL
1594 W North Temple, Suite 300
Salt Lake City, Utah 84116
kathydavis@agutah.gov
Telephone: (801) 537-9801

*Attorneys for Plaintiff State of Utah*

# IN THE UNITED STATES JUDICIAL DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE: JOINTLY MANAGED R.S. 2477 ROAD CASES LITIGATION | **(PROPOSED) ORDER GRANTING MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE RESPONSE TO U.S. MOTION TO ENFORCE**<br><br>Case Nos. 2:10-cv-1073<br>　　2:11-cv-1043　　2:11-cv-1045<br>　　1:12-cv-0105　　2:12-cv-0423<br>　　2:12-cv-0424　　2:12-cv-0425<br>　　2:12-cv-0426　　2:12-cv-0428<br>　　2:12-cv-0429　　2:12-cv-0430<br>　　2:12-cv-0434　　2:12-cv-0447<br>　　2:12-cv-0461　　2:12-cv-0462<br>　　2:12-cv-0466　　2:12-cv-0467<br>　　2:12-cv-0471　　2:12-cv-0472<br>　　　　　　2:12-cv-0477<br><br>Judge: Hon. Clark Waddoups |

Having considered Plaintiff the State of Utah's Motion to Extend Time for Plaintiffs to File Responses to U.S. Motion to Enforce, and with good cause appearing, it is hereby

ORDERED that the motion is GRANTED. Plaintiffs will file a response on or before February 24, 2025; the United States will file its reply on or before April 7, 2025.

SO ORDERED this _____ day of February 2025.

BY THE COURT:

_____
Honorable Clark Waddoups
United States District Judge