Judi Brawer #18859
SOUTHERN UTAH WILDERNESS ALLIANCE
P.O. Box 968
Moab, Utah 84532
(435) 355-0716
judi@suwa.org

Attorney for Intervenor-Defendants
Southern Utah Wilderness Alliance *et al.*

IN THE UNITED STATES JUDICIAL DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SAN JUAN COUNTY (2), UTAH, a political subdivision; and STATE OF UTAH,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant, and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Intervenor-Defendants. | **NOTICE OF APPEARANCE**<br><br>Case No. 2:12-cv-0467-CW<br><br>Judge: Honorable Clark Waddoups |

Notice is hereby given of the entry of the undersigned as counsel for Intervenor-Defendants Southern Utah Wilderness Alliance *et al.* in the above-captioned action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

        **Judi Brawer,** Wildlands Attorney
        Southern Utah Wilderness Alliance
        P.O. Box 968, Moab, Utah 84532
        (435) 355-0716
        judi@suwa.org

Dated: August 15, 2025          /s/ Judi Brawer